**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**


RAYMOND DAKIM HARRIS JOINER,   )
                                     )
           **Plaintiff,**         )
                                     )
      **v.**                    )           **1:13CV448**
                                     )
**JONATHAN FRIEL, et al.,**       )
                                     )
         **Defendants.**     )


**ORDER**

On July 12, 2013, the Magistrate Judge issued an Order and

Recommendation ordering that Plaintiff's Application to Proceed In Forma Pauperis

[Doc. # 1] be granted for the sole purpose of entering the Order and

Recommendation, ordering that Plaintiff's trust officer be directed to pay to the

Clerk of this Court 20% of all deposits to his account starting with the month of

August, and thereafter each time that the amount in the account exceeds $10.00

until the $400.00 filing fee has been paid, and recommending that this action be

dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for

failing to state a claim upon which relief may be granted, as well as for seeking

monetary relief against a defendant who is immune from such relief. [Doc. # 4].

The Magistrate Judge's Order and Recommendation was served on Plaintiff on that

same date.  Plaintiff filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. # 6].

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a *de novo* determination in accord with the Magistrate Judge's report.  The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 11th day of April, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge